AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 2:31 pm, May 13, 2024

United States of America
v.
Craig Jackson Moore

Defendant

)
) Case: 1:24-mj-00171
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 5/13/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Craig Jackson Moore,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/13/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 5/13/24, and the person was arrested on (date) 5/16/2024
at (city and state) Austin, TX

Date: 5/16/2024

*Arresting officer's signature*

KAREN Olson   TFO FBI
*Printed name and title*